IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00645-CMA-BNB

PATRICK TORREY,

Plaintiff,

v.

QWEST COMMUNICATIONS COMPANY, LLC as Administrator of the Qwest Disability Plan,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend the Complaint** [docket no. 19, filed July 9, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing.

IT IS FURTHER ORDERED that the caption is to be changed to reflect the name of defendant on all future filings to be: QWEST COMMUNICATIONS INTERNATIONAL, INC.,

DATED:  July 13, 2009